IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| SCA HYGIENE PRODUCTS AKTIEBOLAG and SCA PERSONAL CARE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY HYGIENIC, INC., FIRST QUALITY PRODUCTS, INC., and FIRST QUALITY RETAIL SERVICES, LLC, <br><br> Defendants. | Civil Action No. 1:10-cv-122-M <br><br> ELECTRONICALLY FILED |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Pursuant to Fed. R. of Civ. P. 12(b)(6), Defendants First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc. and First Quality Retail Services, LLC (collectively "Defendants"), respectively move the Court for an Order dismissing SCA Hygiene Products Aktiebolag and SCA Personal Care, Inc.'s (collectively "SCA" or "Plaintiffs") Complaint in its entirety, because it fails to state a claim upon which relief can be granted. In the alternative, Defendants respectively move for an Order pursuant to Fed. R. Civ. P. 12(e) requiring Plaintiffs to provide a more definite statement, so that Defendants may more fully respond.

A Memorandum of Law in Support of this Motion and the Declaration of Anthony Silwanowicz are being filed contemporaneously herewith. In compliance with Local Rule 7.1(e), a proposed Order is tendered herewith.

Respectfully submitted,

/s/ Thomas P. O'Brien, III
Thomas P. O'Brien, III
tobrien@fbtlaw.com
Cory J. Skolnick
cskolnick@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

-and-

Kenneth P. George
kgeorge@arelaw.com
Ira E. Silfin
isilfin@arelaw.com
Richard S. Mandaro
rmandaro@arelaw.com
Rebecca Eisenberg
reisenbe@arelaw.com
AMSTER, ROTHSTEIN
 & EBENSTEIN, LLP
90 Park Avenue, 21st Floor
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

*Counsel for Defendants,*
*First Quality Baby Products, LLC;*
*First Quality Hygienic, Inc.;*
*First Quality Products, Inc.; and*
*First Quality Retail Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2010, I electronically filed Defendants' Motion to Dismiss Plaintiffs' Complaint, or in the Alternative, for a More Definite Statement with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered ECF participants.

/s/ Thomas P. O'Brien, III
*Counsel for Defendants,*
*First Quality Baby Products, LLC;*
*First Quality Hygienic, Inc.;*
*First Quality Products, Inc.; and*
*First Quality Retail Services, LLC*

LOULibrary 0120194.0579797  979241v1