## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**CIVIL ACTION NUMBER: 1:10CV-00122-JHM**

**SCA HYGIENE PRODUCTS**
**AKTIEBOLAG, ET AL.,**                                           **PLAINTIFF**

**V.**

**FIRST QUALITY BABY PRODUCTS, LLC, ET AL.,**         **DEFENDANTS**

### ORDER

This matter is before the Court upon the Defendant's motion to dismiss, or in the alternative, for a more definite statement. [DN 26]. The matter has been fully briefed.

Defendants' motion to dismiss is **denied**. The Court will **grant** the alternative relief request. Plaintiffs' complaint is arguably sufficient as is, however, the Court finds it desirable to require a more definite statement which will narrow the general product category identified, similar to what Plaintiff achieved in its response to the motion. Furthermore, the Court finds the allegations of indirect infringement sufficient without the need for a more definite statement.

Plaintiffs shall file an Amended Complaint within fifteen (15) days of the date of entry of this order.

**So ordered.**

Copies to:    Counsel of record