IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

```
------------------------------------------------------------ x
                                                             :
SCA HYGIENE PRODUCTS AKTIEBOLAG and                          :
SCA PERSONAL CARE, INC.,                                     :
                      Plaintiffs,                            :
                                                             :
         v.                                                  :   Civil Action No. 1:10-CV-122-M
                                                             :
FIRST QUALITY BABY PRODUCTS, LLC,                            :   Electronically Filed
FIRST QUALITY HYGIENIC, INC.,                                :
FIRST QUALITY PRODUCTS, INC., and                            :
FIRST QUALITY RETAIL SERVICES, LLC,                          :
                      Defendants.                            :
                                                             :
------------------------------------------------------------ x
```

### DEFENDANTS' MOTION (1) TO EXCLUDE PORTIONS OF EXPERT REPORT OF EARLE SHERROD RELATING TO INFRINGEMENT AND (2) FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendants First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc., and First Quality Retail Services, LLC (collectively, "First Quality") respectfully move to exclude Paragraphs 71-72, 102-103, 111-116, Exhibits M-V, BB, and CC, and those portions of Exhibits DD-EE referencing testing for the Sealing Abutment Limitation or the Stretching and Contraction Power Limitation of the Expert Report of Earle Sherrod Relating to Infringement served by Plaintiffs SCA Hygiene Products Aktiebolag and SCA Personal Care, Inc. (collectively, "SCA") on the basis that they fail to meet the standards for admissibility of expert testimony outlined in Fed. R. Evid. 702 and *Daubert v. Merrill Dow Pharmaceuticals*, and move for summary judgment that First Quality's products do not infringe asserted claims 1-11, 15-25, and 35-38 of SCA's U.S. Patent No. 6,375,646.

A memorandum of law in support of this Motion is being filed contemporaneously herewith, as well as the Declarations of Charles R. Macedo and Daniel D. Gardner, upon which the memorandum relies. In compliance with Local Rule 7.1(e), a proposed Order is tendered herewith.

Respectfully submitted,

/s/ Thomas P. O'Brien, III
Thomas P. O'Brien, III
Cory J. Skolnick
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Tel: (502) 589-5400
Fax: (502) 581-1087
tobrien@fbtlaw.com
cskolnick@fbtlaw.com

Kenneth P. George (*pro hac vice*)
Ira S. Silfin (*pro hac vice*)
Charles R. Macedo (*pro hac vice*)
Richard S. Mandaro (*pro hac vice*)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
kgeorge@arelaw.com
isilfin@arelaw.com
cmacedo@arelaw.com
rmandaro@arelaw.com

**ATTORNEYS FOR DEFENDANTS**
**FIRST QUALITY BABY PRODUCTS, LLC,**
**FIRST QUALITY HYGIENIC, INC.,**
**FIRST QUALITY PRODUCTS, INC., and**
**FIRST QUALITY RETAIL SERVICES, LLC**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 11, 2013, I electronically filed Defendants' Motion to Exclude Portions of Expert Report of Earle Sherrod Relating to Infringement and for Summary Judgment of Non-infringement with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered ECF participants.

                                        s/Thomas P. O'Brien, III
                                        Counsel for Defendants,
                                        First Quality Baby Products, LLC;
                                        First Quality Hygienic, Inc.;
                                        First Quality Products, Inc.; and
                                        First Quality Retail Services, LLC.

LOULibrary 0120194.0579797   1351385v1