IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

---

SCA HYGIENE PRODUCTS AKTIEBOLAG and
SCA PERSONAL CARE, INC.,
                Plaintiffs,

v.

FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY HYGIENIC, INC.,
FIRST QUALITY PRODUCTS, INC., and
FIRST QUALITY RETAIL SERVICES, LLC,
                Defendants.

Civil Action No.  1:10-CV-122-M

*Electronically Filed*

---

## FIRST QUALITY'S MOTION FOR PARTIAL
## SUMMARY JUDGMENT OF NON-INFRINGEMENT

      Defendants First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc., and First Quality Retail Services, LLC (collectively, "First Quality") respectfully move this Court pursuant to Red. R. Civ. P. 56 for a partial summary judgment of non-infringement for all asserted claims of Plaintiffs SCA Hygiene Products Aktiebolag, and SCA Personal Care, Inc.'s (collectively, "SCA") U.S. Patent No. 6,375,646 ("the '646 Patent").

      Specifically, First Quality moves for a summary judgment of non-infringement of all of the asserted claims of the '646 Patent with respect to the accused First Quality products represented by SCA-AP-020, SCA-AP-050, SCA-AP-056, SCA-AP-016, SCA-AP-051, SCA-AP-01, SCA-AP-04 and SCA-AP-010, and all products with similar chassis structure.

-2-

A memorandum of law and the Declaration of Daniel D. Gardner in support of this Motion are being filed contemporaneously herewith. In compliance with Local Rule 7.1(e), a proposed Order is tendered herewith.

January 11, 2013

Respectfully submitted,

/s/ Thomas P. O'Brien, III
Thomas P. O'Brien, III
Cory J. Skolnick
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Tel: (502) 589-5400
Fax: (502) 581-1087
tobrien@fbtlaw.com
cskolnick@fbtlaw.com

Kenneth P. George (*pro hac vice*)
Ira S. Silfin (*pro hac vice*)
Charles R. Macedo (*pro hac vice*)
Richard S. Mandaro (*pro hac vice*)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
kgeorge@arelaw.com
isilfin@arelaw.com
cmacedo@arelaw.com
rmandaro@arelaw.com

**ATTORNEYS FOR DEFENDANTS
FIRST QUALITY BABY PRODUCTS, LLC,
FIRST QUALITY HYGIENIC, INC.,
FIRST QUALITY PRODUCTS, INC., and
FIRST QUALITY RETAIL SERVICES,
LLC**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 11, 2013, I electronically filed Defendants' Motion for Partial Summary Judgment of Non-Infringement with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered ECF participants.

      s/Thomas P. O'Brien, III
Counsel for Defendants,
First Quality Baby Products, LLC;
First Quality Hygienic, Inc.;
First Quality Products, Inc.; and
First Quality Retail Services, LLC.

LOULibrary 0120194.0579797   1351584v1