# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

### CIVIL ACTION NO. 1:10cv-00122-JHM

**SCA HYGIENE PRODUCTS AKTIEBOLAG**
and **SCA PERSONAL CARE, INC.**                               **PLAINTIFFS**

vs.

**FIRST QUALITY BABY PRODUCTS, LLC;**
**FIRST QUALITY HYGIENIC, INC.;**
**FIRST QUALITY RETAIL SERVICES, LLC;**
and **FIRST QUALITY PRODUCTS, INC.**                          **DEFENDANTS**

## ORDER

*(Please review carefully, as this version of the Order contains provisions which differ from the previous version)*

Counsel for the parties have contacted the Courtroom Deputy for the undersigned to request a settlement conference in this action;

**IT IS HEREBY ORDERED** as follows:

No later than the close of business on **May 8, 2013**, Plaintiffs and Defendants shall deliver under seal, directly to the Magistrate Judge, ex parte separate settlement conference statements which shall specify their respective settlement positions.  Each statement is to be furnished only to the Court and not the other side.  **The statements shall not be filed with the Clerk of the Court but shall be furnished by mailing same to the case manager for the Magistrate Judge, Kelly Lovell,  at the United States Courthouse, 241 E. Main Street, Bowling Green, Kentucky 42101; via facsimile at 270-393-2519; or via e-mail, in .pdf format, to** kelly_lovell@kywd.uscourts.gov .

**The <u>Plaintiffs'</u> settlement conference statement shall contain the following:**

1. A *candid* assessment of the strengths and weaknesses of Plaintiffs' case on the issues of liability and damages and the strengths and weaknesses of the Defendants' case on the issues of liability and damages. Nothing in the way of a jury speech shall be included.

2. An itemization of all special damages which Plaintiffs will claim at trial, and any liens which must be satisfied from a recovery. <u>Plaintiffs will provide the Defendants with this information at the same time Plaintiffs submit the settlement conference statement.</u>

3. Where non-liquidated damages are involved, the *realistic* assessment of the value of that portion of the claim.

4. An assessment of the economic cost of proceeding to trial.

5. Where attorney fees are authorized by contract or statute, an assessment of the Plaintiffs' total attorney fees as of the time of mediation and projected through trial.

6. A statement of the last settlement demand and offer exchanged between the parties.

**The <u>Defendants'</u> settlement conference statement shall contain the following:**

1. A *candid* assessment of the strengths and weaknesses of Defendants' case on the issues of liability and damages and the strengths and weaknesses of the Plaintiffs' case on the issues of liability and damages. Nothing in the way of a jury speech shall be included.

2. The *realistic* assessment of the value of Plaintiffs' special and non-liquidated damages claims.

3. An assessment of the economic cost of proceeding to trial.

4. Where attorney fees are authorized by contract to Defendants as the prevailing party, an assessment of the Defendants' total attorney fees as of the time of mediation and projected through trial.

The settlement conference is hereby scheduled at the **United States Courthouse/ Federal Building, 241 East Main Street, Bowling Green, Kentucky, on May 15, 2013, commencing at 9:00 a.m., CDT.** In addition to counsel who will try the case being present, it is required that the parties, or a person with actual settlement authority for the parties, likewise be present for the conference. **A PERSON WITH LIMITED SETTLEMENT AUTHORITY OR A PERSON WHO IS NOT DIRECTLY OR ACTIVELY ASSOCIATED WITH THE PARTIES DOES NOT MEET THIS REQUIREMENT.**

The Defendants will bring to the settlement conference a proposed release of liability so that the parties may agree to specific terms.

ENTERED this


Copies to: Counsel of Record
Traci Duff