IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| SCA HYGIENE PRODUCTS AKTIEBOLAG and SCA PERSONAL CARE, INC., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY HYGIENIC, INC., FIRST QUALITY PRODUCTS, INC., and FIRST QUALITY RETAIL SERVICES, LLC, <br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:10-cv-00122-M<br>)<br>)  (Electronically Filed)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The Court having entered a Judgment on July 16, 2013 dismissing Plaintiffs' Complaint with prejudice;

it is hereby STIPULATED AND AGREED that all of Defendants' counterclaims are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims in this action have now been resolved.

STIPULATED AND AGREED BY:

| | |
|---|---|
| ENGLISH, LUCAS, PRIEST & OWSLEY, LLP<br>P.O. Box 770<br>1101 College Street<br>Bowling Green, KY 421012-0770<br>Telephone: (270) 781-6500<br>E-mail: kames@elpolaw.com<br><br>*s/ E. Kenly Ames*_____<br>MICHAEL A. OWSLEY<br>E. KENLY AMES | FROST BROWN TODD LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363<br>Tel: (502) 589-5400<br>E-mail: tobrien@fbtlaw.com<br>E-mail: cskolnick@fbtlaw.com<br><br>*s/ Thomas P. O'Brien III (w/ permission)*<br>THOMAS P. O'BRIEN, III<br>CORY J. SKOLNICK |

| | |
|---|---|
| - and - | - and - |
| Martin J. Black (*pro hac vice*)<br>Kevin M. Flannery (*pro hac vice*)<br>Teri-Lynn A. Evans (*pro hac vice*)<br>Sharon K. Gagliardi (*pro hac vice*)<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel.:  (215) 994-4000<br>Fax:  (215) 994-2222<br>martin.black@dechert.com<br>kevin.flannery@dechert.com<br>teri-lynn.evans@dechert.com<br>sharon.gagliardi@dechert.com<br><br>*Attorneys for Plaintiffs*<br>*SCA Hygiene Products Aktiebolag*<br>*and SCA Personal Care, Inc.* | Kenneth P. George (*pro hac vice*)<br>Ira S. Silfin (*pro hac vice*)<br>Richard S. Mandaro (*pro hac vice*)<br>Addie A. Bendory (*pro hac vice*)<br>Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: (212) 336-8000<br>Fax: (212) 336-8001<br>kgeorge@arelaw.com<br>isilfin@arelaw.com<br>rmandaro@arelaw.com<br><br>*Attorneys for Defendants*<br>*First Quality Baby Products, LLC,*<br>*First Quality Hygienic, Inc.,*<br>*First Quality Products, Inc., and*<br>*First Quality Retail Services, LLC* |

1926440