**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**
(Electronically Filed)

| | |
|---|---|
| **SCA HYGIENE PRODUCTS AKTIEBOLAG** and **SCA PERSONAL CARE, INC.**,<br><br>                        Plaintiffs,<br><br>                v.<br><br>**FIRST QUALITY BABY PRODUCTS, LLC**, **FIRST QUALITY HYGIENIC, INC.**, **FIRST QUALITY PRODUCTS, INC.**, and **FIRST QUALITY RETAIL SERVICES, LLC**,<br><br>                        Defendants. | Civil Action No. 1:10-CV-122-M |

## NOTICE OF APPEAL

Notice is hereby given that SCA Hygience Products Aktiebolag and SCA Personal Care, Inc., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment (D.I. 120, attached as Exhibit A) entered in this action on July 16, 2013, and all orders and judgments of the district court incorporated into the Judgment, including without limitation the Memorandum Opinion and Order (D.I. 119, attached as Exhibit B) granting the motion by Defendants First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc., and First Quality Retail Services, LLC, for summary judgment based on the doctrines of laches and equitable estoppel (D.I. 82-83). A Stipulation of Dismissal (D.I. 121, attached as Exhibit C) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) was filed by the

parties in this action on August 8, 2013 dismissing Defendants' counterclaims, such that all claims in this action have been resolved and the Judgment (D.I. 120) is final.

Dated: August 12, 2013

Respectfully submitted,

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Tel.: (270) 781-6500
Fax: (270) 782-7782
E-mail: kames@elpolaw.com

*s/ E. Kenly Ames*
MICHAEL A. OWSLEY
E. KENLY AMES

- and -

Martin J. Black (*pro hac vice*)
Kevin M. Flannery (*pro hac vice*)
Sharon K. Gagliardi (*pro hac vice*)
Teri-Lynn A. Evans (*pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19105
Tel.: (215) 994-4000
Fax: (215) 994-2222

ATTORNEYS FOR PLAINTIFFS
SCA HYGIENE PRODUCTS AKTIEBOLAG and
SCA PERSONAL CARE, INC.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Thomas P. O'Brien, III – tobrien@fbtlaw.com
>Cory J. Skolnick – cskolnick@fbtlaw.com
>Ira E. Silfin – isilfin@arelaw.com
>Kenneth P. George – kgeorge@arelaw.com
>Richard S. Mandaro – rmandaro@arelaw.com
>Charles R. Macedo – cmacedo@arelaw.com
>Jessica Capasso – jcapasso@arelaw.com
>Michael J. Kasdan – mkasdan@arelaw.com
>Addie A. Bendory – abendory@arelaw.com

>s/ *E. Kenly Ames*
>E. KENLY AMES