# Exhibit B



V #229715

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91398 | 4/6/2012 | 81220 |

| Job Date | Case No. |
|---|---|
| 3/29/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

*(handwritten: 39315/805   OK to pay   R Mandaro   # 6561)*

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Shelley Bache | 330.00 | Pages | @ | 2.95 | 973.50 |
| 4-Day Delivery | | | | | 584.10 |
| Exhibit | 183.00 | Pages | @ | 0.50 | 91.50 |
| Exhibit - Color Copies | 23.00 | | @ | 1.25 | 28.75 |
| Rough Disk | | | | | |
| RealTime | 330.00 | Pages | @ | 2.00 | 660.00 |
| Video Technical Pages | 330.00 | Pages | @ | 2.00 | 660.00 |
| RealTime Hookup | 330.00 | Pages | @ | 0.50 | 165.00 |
| Depo Disk/Lit Package | | | 95.00 | | 95.00 |
| Overnight Delivery | | | 35.00 | | 35.00 |
| | | | 33.73 | | 33.73 |

*REC'D IN ACCT*
*DATE  4/11/*

TOTAL DUE  >>>        $3,326.58

Reference No.   :  O

Job Location: Philadelphia, PA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Tax ID:** 20-8474245                          Phone: (212) 336-8000   Fax:

---

*Please detach bottom portion and return with payment.*

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

Job No.    : 81220        BU ID      : PHILA
Case No.   :
Case Name  : SCA Hygiene Products Aktiebolag, et al. v. First
             Quality Baby Products, LLC, et
Invoice No. : 91398        Invoice Date : 4/6/2012
**Total Due** : $ 3,326.58

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**        AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

V # ´230408  # I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94247 | 5/16/2012 | 82191 |
| Job Date | | Case No. |
| 5/3/2012 | | |

*RECEIVED MAY 22 2012 AMSTER ROTHSTEIN & EBENSTEIN LLP*

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |
| Payment Terms |
| Due upon receipt        5/22/12 |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Tony Silwanowicz | 251.00 Pages | @ | 2.95 | 740.45 |
| 4-Day Delivery | | | | 444.27 |
| Exhibit | 97.00 Pages | @ | 0.50 | 48.50 |
| Video Technical Pages | 251.00 Pages | @ | 0.50 | 125.50 |
| Rough Draft | 251.00 Pages | @ | 2.00 | 502.00 |
| Depo Disk/Lit Package | | | 35.00 | 35.00 |
| Shipping | | | 15.00 | 15.00 |
| | | TOTAL DUE  >>> | | $1,910.72 |

Reference No. : NOF

Job Location: Philadelphia, PA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Tax ID: 20-8474245                                         Phone: (212) 336-8000   Fax:

*Please detach bottom portion and return with payment.*

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

CLIENT/MATTER# 34315 / 805
Attorney Authorization  R.Mandaro
Disb. Code _____

| Job No. | : 82191 | BU ID | : PHILA |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| Invoice No. | : 94247 | Invoice Date | : 5/16/2012 |
| **Total Due** | **: $ 1,910.72** | | |

PAYMENT WITH CREDIT CARD      AMEX  [ ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

V # 230512

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94447 | 5/21/2012 | 82192 |

| Job Date | Case No. |
|---|---|
| 5/3/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY  10016

---

VIDEO DEPOSITION OF:

    Tony Silwanowicz

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 4.50  Hours | @ | 95.00 | 427.50 |
| Shipping | | | 15.00 | 15.00 |
| Sales Tax NY - 8.875% | | | 37.50 | 37.50 |

**TOTAL DUE  >>>**                                            **$480.00**

Reference No.   :  O/

Job Location: Philadelphia, PA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Tax ID:** 20-8474245

Phone: (212) 336-8000    Fax:

*Please detach bottom portion and return with payment.*

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY  10016

| | | | |
|---|---|---|---|
| Job No.    : | 82192 | BU ID | : PHILA |
| Case No.   : | | | |
| Case Name : | SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| Invoice No. : | 94447 | Invoice Date | : 5/21/2012 |
| **Total Due :** | **$ 480.00** | | |

CLIENT/MATTER # 34315/805
Attorney Authorization  R. MANDARO
Disb. Code _____

**PAYMENT WITH CREDIT CARD**    AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA  19182-2804**

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

JUL 23 2012

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99073 | 7/16/2012 | 87408 |

| Job Date | Case No. |
|---|---|
| 6/25/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

7/24/12

| | | | | | |
|---|---|---|---|---|---|
| ONE CERTIFIED COPY OF VIDEO WITNESS: | | | | | |
| Babak Damaghi | 96.00 | Pages | @ | 3.50 | 336.00 |
| Exhibit | 1,065.00 | Pages | @ | 0.50 | 532.50 |
| Rough Draft | 96.00 | Pages | @ | 2.00 | 192.00 |
| Depo Disk/Lit Package | | | | 35.00 | 35.00 |
| Shipping | | | | 15.00 | 15.00 |
| ONE CERTIFIED COPY OF VIDEO WITNESS: | | | | | |
| Moshe Oppenheim | 142.00 | Pages | @ | 3.50 | 497.00 |
| Rough Draft | 142.00 | Pages | @ | 2.00 | 284.00 |

TOTAL DUE >>>          $1,891.50

Reference No.  : O

Job Location:  New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Tax ID: 20-8474245

Phone: (212) 336-8000    Fax:

*Please detach bottom portion and return with payment.*

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

34 3/5/8 05

| | | |
|---|---|---|
| CLIENT/MATTER # 34 3/5/ | Invoice No. | : 99073 |
| Attorney Authorization | Invoice Date | : 7/16/2012 |
| Disb. Code _____ | Total Due | : $ 1,891.50 |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| | | |
|---|---|---|
| Job No. | : | 87408 |
| BU ID | : | PHILA |
| Case No. | : | |
| Case Name | : | SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

*# 231761*

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99219 | 7/18/2012 | 87409 |

| Job Date | Case No. |
|---|---|
| 6/25/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY  10016

7/24/12

VIDEO DEPOSITION OF:

Bob Damaghi & Moshe Oppenheim

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 4.50 Hours | @ | 95.00 | 427.50 |
| Shipping | | | 15.00 | 15.00 |
| Sales Tax NY - 8.875% | | | 39.27 | 39.27 |

TOTAL DUE  >>>                    **$481.77**

Reference No.   : O/

Job Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

34315/805

CLIENT/MATTER # _____
Attorney Authorization _____
Disb. Code _____

**Tax ID:** 20-8474245                                        Phone: (212) 336-8000    Fax:

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY  10016

| | | | |
|---|---|---|---|
| Job No. | : 87409 | BU ID | : PHILA |
| Case No. | | | |
| Case Name | : SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| Invoice No. | : 99219 | Invoice Date | : 7/18/2012 |
| **Total Due** | : $ 481.77 | | |

## PAYMENT WITH CREDIT CARD

AMEX   MASTERCARD   DISCOVER   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____          Phone#: _____

Billing Address: _____

Zip: _____          Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **Magna Legal Services LLC
          P.O. Box 822804
          Philadelphia, PA  19182-2804**

V# 232368

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

#6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103915 | 9/4/2012 | 91180 |
| **Job Date** | **Case No.** | |
| 8/28/2012 | | |
| **Case Name** | | |
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Kerri Couch | | | | | |
| 5-Day Delivery | 187.00 | Pages | @ | 2.95 | 551.65 |
| Exhibit | | | | | 276.76 |
| Video Technical Pages | 121.00 | Pages | @ | 0.50 | 60.50 |
| Rough Draft | 187.00 | Pages | @ | 0.50 | 93.50 |
| RealTime | 187.00 | Pages | @ | 2.00 | 374.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 187.00 | Pages | @ | 2.00 | 374.00 |
| Andy Busch | | | | | |
| 5-Day Delivery | 45.00 | Pages | @ | 2.95 | 132.75 |
| Video Technical Pages | | | | | 66.60 |
| Rough Draft | 45.00 | Pages | @ | 0.50 | 22.50 |
| RealTime | 45.00 | Pages | @ | 2.00 | 90.00 |
| Depo Disk/Lit Package | 45.00 | Pages | @ | 2.00 | 90.00 |
| Shipping | | | | 35.00 | 35.00 |
| | | | | 29.70 | 29.70 |

REC'D IN ACCTG
DATE 9/13/12

Reference No. : O

**TOTAL DUE >>>**   **$2,196.96**

**Tax ID:** 20-8474245

Phone: (212) 336-8000   Fax:

*Please detach bottom portion and return with payment.*

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

Invoice No.    : 103915
Invoice Date  : 9/4/2012
**Total Due**     : $ 2,196.96

CLIENT/MATTER # 34315/805
Attorney Authorization  R. Mandaro
Disb. Code _____

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA  19182-2804**

Job No.      : 91180
BU ID        : PHILA
Case No.     :
Case Name    : SCA Hygiene Products Aktiebolag, et al. v.
               First Quality Baby Products, LLC, et

_V #232367_

# INVOICE

_#6561_

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460 Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104039 | 9/5/2012 | 91959 |

| Job Date | | Case No. |
|---|---|---|
| 8/21/2012 | | |

| Case Name | | |
|---|---|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Rosemary Capone | 152.00 Pages | @ | 2.95 | 448.40 |
| Exhibit | 159.00 Pages | @ | 0.50 | 79.50 |
| Video Technical Pages | 152.00 Pages | @ | 0.50 | 76.00 |
| Rough Draft | 152.00 Pages | @ | 2.00 | 304.00 |
| RealTime | 152.00 Pages | @ | 2.00 | 304.00 |
| Depo Disk/Lit Package | | | 35.00 | 35.00 |
| Shipping | | | 15.00 | 15.00 |

TOTAL DUE >>>  $1,261.90

Reference No. : O

Job Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

REC'D IN AUDIT 9/13/12

Tax ID: 20-8474245                                    Phone: (212) 336-8000    Fax:

---

_Please detach bottom portion and return with payment._

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

Invoice No. : 104039
Invoice Date : 9/5/2012
**Total Due : $ 1,261.90**

CLIENT/MATTER # 34315 805
Attorney Authorization R. Mandaro
Disb. Code _____

Job No. : 91959
BU ID : PHILA
Case No. :
Case Name : SCA Hygiene Products Aktiebolag, et al. v.
First Quality Baby Products, LLC, et

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

V #232366

#6561

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104060 | 9/5/2012 | 92653 |
| **Job Date** | **Case No.** | |
| 8/29/2012 | | |

| **Case Name** |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| **Payment Terms** |
|---|
| Due upon receipt |

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| James Minetola | | | | | |
| 5-Day Delivery | | | | | 252.35 |
| Exhibit | 68.00 | Pages | @ | 0.50 | 34.00 |
| RealTime | 103.00 | Pages | @ | 2.00 | 206.00 |
| Rough Draft | 103.00 | Pages | @ | 2.00 | 206.00 |
| Video Technical Pages | 103.00 | Pages | @ | 0.50 | 51.50 |
| Depo Disk/Lit Package | | | | 35.00 | 35.00 |
| Shipping | | | | 15.00 | 15.00 |

First line: James Minetola  103.00 Pages  @  2.95  303.85

REC'D IN ACCIG
DATE 9/3/12

**TOTAL DUE >>>**          **$1,103.70**

Reference No.  : NOF

Due to deposing counsel not ordering expedited service, expedited charges are based on the original  ordering rates.

Job Location:  Philadelphia, Pa.

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

OK to pay
34315/805
R Mandalo

Tax ID: 20-8474245                                    Phone: (212) 336-8000   Fax:

*Please detach bottom*

✓# 232385

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104098 | 9/13/2012 | 91181 |

| Job Date | Case No. |
|---|---|
| 8/28/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY  10016

VIDEO DEPOSITION OF:
   Kerri Couch and Andy Busch

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 4.00 Hours | @ | 95.00 | 380.00 |
| Shipping | | | 15.00 | 15.00 |
| Sales Tax NY - 8.875% | | | 35.06 | 35.06 |

TOTAL DUE  >>>          $430.06

Reference No.   :  O/

Job Location: Philadelphia, PA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

CLIENT/MATTER # 34315 / 805
Attorney Authorization R. Mandaro
Disb. Code _____

Tax ID: 20-8474245                                          Phone: (212) 336-8000    Fax:

*Please detach bottom portion and return with payment.*

# INVOICE

SEP 27 2012

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

# 232580

Kenneth George, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104797 | 9/20/2012 | 91960 |
| **Job Date** | **Case No.** | |
| 8/21/2012 | | |
| **Case Name** | | |
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| **Payment Terms** | | |
| Due upon receipt | | |

9/21/12

VIDEO DEPOSITION OF:
Rosemary Capone

| | | | |
|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 3.00 Hours @ | 95.00 | 285.00 |
| Shipping | | 15.00 | 15.00 |
| Sales Tax NY - 8.875% | | 26.63 | 26.63 |
| | **TOTAL DUE >>>** | | **$326.63** |

Reference No.   : O/

Job Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

CLIENT/MATTER # 34315 | 805
Attorney Authorization K. Mandalo
Disb. Code _____

**Tax ID:** 20-8474245

Phone: (212) 336-8000   Fax:

*Please detach bottom portion and return with payment.*

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

SEP 27 2012

# 232581

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104805 | 9/20/2012 | 92726 |
| **Job Date** | **Case No.** | |
| 8/29/2012 | | |
| **Case Name** | | |
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard S. Mandaro, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

VIDEO DEPOSITION OF:
   James Minetola

| | | | | |
|---|---|---|---|---|
| MPEG, split, burn & sync to DVD or CD | 1.50 Hours | @ | 45.00 | 67.50 |
| Shipping | | | 15.00 | 15.00 |
| Sales Tax NY - 8.875% | | | 7.32 | 7.32 |

**TOTAL DUE >>>**          **$89.82**

Reference No.   : O/

Job Location: Philadelphia, PA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

CLIENT/MATTER # 34315 \ 865
Attorney Authorization  L. MANDARO
Disb. Code _____

**Tax ID:** 20-8474245

Phone: (212) 336-8000   Fax:

*Please detach bottom portion and return with payment.*

# INVOICE

V # 234419
RECEIVED
JAN 1 4 2013
RECEIVED
AMSTER ROTHSTEIN & EBENSTEIN LLP

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114191 | 1/7/2013 | 101563 |
| **Job Date** | | **Case No.** |
| 12/18/2012 | | |
| **Case Name** | | |
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Charles Macedo, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY  10016

1/14/13

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Daniel  Gardner | 221.00 | Pages | @ | 3.50 | 773.50 |
| 5-Day Expedited Delivery | | | | | 386.75 |
| Exhibit | 3,550.00 | Pages | @ | 0.50 | 1,775.00 |
| RealTime | 221.00 | Pages | @ | 2.00 | 442.00 |
| Rough Draft | 221.00 | Pages | @ | 2.00 | 442.00 |
| Expert/Tech | 221.00 | Pages | @ | 0.50 | 110.50 |
| Video Pages | 221.00 | Pages | @ | 0.50 | 110.50 |
| Depo Disk/Lit Package | | | | 35.00 | 35.00 |
| Shipping | | | | 15.00 | 15.00 |

**TOTAL DUE >>>**          **$4,090.25**

Reference No.  :  O



CLIENT/MATTER # 24315 - 805
Attorney Authorization
Disb. Code _____

Job Location: New York, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Tax ID:** 20-8474245

Phone: (212) 336-8000    Fax:



V #234421

JAN 1 4 2013
AMSTER ROTHSTEIN & EBENSTEIN LLP

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114192 | 1/7/2013 | 103031 |

| Job Date | Case No. |
|---|---|
| 12/19/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

Charles Macedo, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

1/14/13

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Daniel  Gardner (Continuation) | 119.00 | Pages | @ | 3.50 | 416.50 |
| 4-Day Expedited Delivery | | | | | 249.90 |
| Exhibit | 50.00 | Pages | @ | 0.50 | 25.00 |
| RealTime | 119.00 | Pages | @ | 2.00 | 238.00 |
| Rough Draft | 119.00 | Pages | @ | 2.00 | 238.00 |
| Expert/Tech | 119.00 | Pages | @ | 0.50 | 59.50 |
| Video Pages | 119.00 | Pages | @ | 0.50 | 59.50 |
| Depo Disk/Lit Package | | | | 35.00 | 35.00 |
| Shipping | | | | 15.00 | 15.00 |

TOTAL DUE  >>>     $1,336.40

Reference No.   : O

Job Location: New York, NY

CLIENT/MATTER #
Attorney Authorization
Disb. Code _____

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Tax ID: 20-8474245                                                                 Phone: (212) 336-8000   Fax:

*Please detach bottom portion and return with payment*



V# 234420

# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

RECEIVED
JAN 1 4 2013
AMSTER ROTHSTEIN & EBENSTEIN LLP

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114328 | 1/9/2013 | 101564 |

| Job Date | Case No. |
|---|---|
| 12/20/2012 | |

| Case Name |
|---|
| SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Products, LLC, et |

| Payment Terms |
|---|
| Due upon receipt |

Charles Macedo, Esq.
Amster Rothstein & Ebenstein LLp
90 Park Avenue
New York, NY 10016

1/19/13

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sumanth Addanki (expert) | 68.00 | Pages | @ | 3.50 | 238.00 |
| Exhibit | 75.00 | Pages | @ | 0.50 | 37.50 |
| RealTime | 68.00 | Pages | @ | 2.00 | 136.00 |
| Expert/Tech | 68.00 | Pages | @ | 0.50 | 34.00 |
| Video Pages | 68.00 | Pages | @ | 0.50 | 34.00 |
| Depo Disk/Lit Package | | | | 35.00 | 35.00 |
| Shipping | | | | 15.00 | 15.00 |

Reference No.  : O

Job Location: New York, NY

TOTAL DUE  >>>   $529.50

CLIENT/MATTER # 3977C-80S
Attorney Authorization  CA
Disb. Code

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Tax ID: 20-8474245                                          Phone: (212) 336-8000   Fax:

Please detach bottom portion and return with payment



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

APR 12 2012

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 031512-110001

#229659

4/16/02

**Bill To:**
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Urban Widlund
**DATE:** 3/15/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 269 | $4.75 | $1,277.75 |
| Original Transcript - 3-5 Day Delivery | 269 | $2.00 | $538.00 |
| Interactive Real-time | 269 | $1.50 | $403.50 |
| Rough ASCII | 269 | $1.50 | $403.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 315 | $0.20 | $63.00 |
| Exhibits - Scanned & Hyperlinked - Color | 22 | $1.50 | $33.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 269 | -$0.25 | -$67.25 |

CLIENT/MATTER # 139 3151
Attorney Authorization
Disb. Code

| | | |
|---|---|---|
| SUBTOTAL | | $2,801.50 |
| SHIPPING & HANDLING | | $45.00 |
| TOTAL | | $2,846.50 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*Handwritten at top:* V 4T 247658    APR 12 2012

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 3/30/2012
INVOICE # 031512-110002

*Handwritten:* 4/6/12

*Handwritten:* Ck 18277
da 5/24/12

Bill To:    Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY  10016

CASE:        SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS:     Urban Widlund
DATE:        3/15/2012
LOCATION:    Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 6.5 | $100.00 | $650.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,475.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,490.00 |

*Handwritten:* 34315/805

CLIENT/MATTER #
Attorney Authorization
Disb. Code

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

JUN 22 2012

# INVOICE

**DATE:** 6/18/2012
**INVOICE #** 053112-302642
**CLIENT MATTER #** 34315.805

V #F 230 919

Bill To:     Charles Macedo Esq.
             Amster Rothstein & Ebenstein LLP
             90 Park Avenue
             21st Floor
             New York, NY 10016

CASE:        SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS:     Lizelle Valdecanas / Melissa DeMarinis
DATE:        5/31/2012
LOCATION:    Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 290 | $4.75 | $1,377.50 |
| Original Transcript - 3-5 Day Delivery | 290 | $2.00 | $580.00 |
| Interactive Real-time | 290 | $1.50 | $435.00 |
| Rough ASCII | 290 | $1.50 | $435.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 2 | $10.00 | $20.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 355 | $0.20 | $71.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 290 | -$0.25 | -$72.50 |

34315-805

CLIENT/MATTER #
Attorney Authorization
Disb. Code

| | SUBTOTAL | $2,986.00 |
|---|---|---|
| | SHIPPING & HANDLING | $15.00 |
| | TOTAL | $3,001.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!





√ #230920

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

JUN 22 2012 **INVOICE**

DATE: 6/18/2012
INVOICE # 053112-302643

Bill To:
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

CASE: SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS: Lizelle Valdecanas / Melissa DeMarinis
DATE: 5/31/2012
LOCATION: Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 6 | $100.00 | $600.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

CLIENT/MATTER # _34315 - 805_
Attorney Authorization
Disb. Code _____

| | |
|---|---|
| SUBTOTAL | $1,425.00 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $1,440.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

REC'D IN ACCTG
DATE 6/25/12



√ #231179

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

#5579

JUL - 6 2012

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 060612-309335
**CLIENT MATTER #** 34315.805

Bill To: Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Paul Winblad - 30b6 - First Quality's
**DATE:** 6/6/2012
**LOCATION:** Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 288 | $4.75 | $1,368.00 |
| Original Transcript - 3-5 Day Delivery | 288 | $2.00 | $576.00 |
| Interactive Real-time | 288 | $1.50 | $432.00 |
| Rough ASCII | 288 | $1.50 | $432.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1117 | $0.20 | $223.40 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 288 | -$0.25 | -$72.00 |

| | | |
|---|---|---|
| CLIENT/MATTER # 34315.805 | SUBTOTAL | $3,112.40 |
| Attorney Authorization | SHIPPING & HANDLING | $45.00 |
| Disb. Code _____ | TOTAL | $3,157.40 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!

_(handwritten: # 25118U)_



### REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

_(handwritten: #5579)_

JUL - 6 2012    **INVOICE**

**DATE:** 6/27/2012
**INVOICE #** 060612-309336

_(handwritten: 7/10/12)_

Bill To:     Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY  10016

| | |
|---|---|
| **CASE:** | SCA Hygiene Products v. First Quality Baby Products LLC |
| **WITNESS:** | Paul Winblad - 30b6 - First Quality's |
| **DATE:** | 6/6/2012 |
| **LOCATION:** | Philadelphia, PA |

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $100.00 | $750.00 |
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,700.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,715.00 |

_(stamp: CLIENT/MATTER # _____  Attorney Authorization _____  Disb. Code _____)_

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



✓ #23146


JUL 12 2012

# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 6/29/2012
**INVOICE #** 061912-309545
**CLIENT MATTER #** 34315.805

#5529

REC'D IN ACCTG
DATE 7/12/12

**Bill To:**
Richard Mandaro Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Tom Sperry - 30b6 - SCA
**DATE:** 6/19/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 288 | $4.75 | $1,368.00 |
| Original Transcript - 3-5 Day Delivery | 288 | $2.00 | $576.00 |
| Original Transcript - Evening Pages | 29 | $2.00 | $58.00 |
| Interactive Real-time | 288 | $1.50 | $432.00 |
| Rough ASCII | 288 | $1.50 | $432.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Rep App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 523 | $0.20 | $104.60 |
| Exhibits - Scanned & Hyperlinked - Color | 88 | $1.50 | $132.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 288 | -$0.25 | -$72.00 |

| | | |
|---|---|---|
| SUBTOTAL | $3,285.60 |
| SHIPPING & HANDLING | $45.00 |
| TOTAL | $3,330.60 |

CLIENT/MATTER # 34315/805
Attorney Authorization R. Mandaro
Code _____

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*#231215* (handwritten)

JUL 12 2012

# INVOICE

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 6/29/2012
**INVOICE #** 061912-309546
**CLIENT MATTER #** 34315.805

*#5529* (handwritten)

RC'D IN AP/AR
DATE 7/12/12 (stamp, handwritten)

**Bill To:**  Richard Mandaro Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Tom Sperry - 30b6 - SCA
**DATE:** 6/19/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $100.00 | $750.00 |
| Videographer - Additonal Hours - Evening Rate | 1 | $150.00 | $150.00 |
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,850.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,865.00 |

CLIENT/MATTER # 34315 / 805 (handwritten box)
Attorney Authorization  R. MANDARO
Disb. Code _____

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





V #231937

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

AUG 22 2012

# INVOICE

**DATE:** 8/13/2012
**INVOICE #** 080112-116595
**CLIENT MATTER #** 34315.805

8/22/12

**Bill To:**
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Peter Zajaczkowski
**DATE:** 8/1/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 160 | $4.75 | $760.00 |
| Original Transcript - 2 Day Delivery | 160 | $2.75 | $440.00 |
| Interactive Real-time | 160 | $1.50 | $240.00 |
| Rough ASCII | 160 | $1.50 | $240.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 366 | $0.20 | $73.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 160 | -$0.25 | -$40.00 |

| | SUBTOTAL | $1,863.20 |
|---|---|---|
| | SHIPPING & HANDLING | $15.00 |
| | TOTAL | $1,878.20 |

CLIENT/MATTER # 34315-805
Attorney Authorization
Disb. Code

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



√ #231925

# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

DATE: 8/13/2012
INVOICE # 080112-116596
CLIENT MATTER # 34315.805

8/22/

**Bill To:** Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Peter Zajaczkowski
**DATE:** 8/1/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 4.5 | $100.00 | $450.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,150.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,165.00 |

CLIENT/MATTER # 34315-805
Attorney Authorization
Disb. Code

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



*(handwritten)* √ #231905

# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 8/20/2012
INVOICE # 080912-304025
CLIENT MATTER # 34315.805

*(handwritten)* 8/22/12

**Bill To:**
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Ulf Ekwall
**DATE:** 8/9/2012
**LOCATION:** Philadelphia, PA

*(handwritten)* Ch # 184091
old 10/11/12

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 150 | $4.75 | $712.50 |
| Original Transcript - 3-5 Day Delivery | 150 | $2.00 | $300.00 |
| Interactive Real-time | 150 | $1.50 | $225.00 |
| Rough ASCII | 150 | $1.50 | $225.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 554 | $0.20 | $110.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 150 | -$0.25 | -$37.50 |

*(stamp, handwritten)* CLIENT/MATTER # 34315-805
Attorney Authorization
Disb. Code

| | |
|---|---|
| SUBTOTAL | $1,685.80 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $1,700.80 |

Please make all checks payable to: **TSG Reporting, Inc.**   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**√ #231981**

AUG 22 2012

# INVOICE

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 8/20/2012
**INVOICE #** 080912-304026
**CLIENT MATTER #** 34315.805

8/22/12

Bill To: Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Ulf Ekwall
**DATE:** 8/9/2012
**LOCATION:** Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 4 | $100.00 | $400.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

CLIENT/MATTER # 34315 805
Attorney Authorization
Disb. Code _____

| | |
|---|---|
| SUBTOTAL | $1,100.00 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $1,115.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

√ 232321 **INVOICE**

**DATE:** 8/31/2012
**INVOICE #** 081612-304488
**CLIENT MATTER #** 34315.805

**Bill To:** Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

SEP – 7 2012

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Kenneth Strannemalm, M. SC.
**DATE:** 8/16/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 216 | $4.75 | $1,026.00 |
| Original Transcript - 3-5 Day Delivery | 216 | $2.00 | $432.00 |
| Interactive Real-time | 216 | $1.50 | $324.00 |
| Rough ASCII | 216 | $1.50 | $324.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 590 | $0.20 | $118.00 |
| Exhibits - Scanned & Hyperlinked - Color | 17 | $1.50 | $25.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 216 | -$0.25 | -$54.00 |
| | | SUBTOTAL | $2,345.50 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $2,360.50 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

REC'D IN ACCTS
DATE  9/11/12

CLIENT/MATTER # 34315-805
Attorney Authorization CVG
Disb. Code _____





**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**INVOICE**

DATE: 8/31/2012
INVOICE # 081612-304489
CLIENT MATTER # 34315.805

Bill To:    Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016



CASE:       SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS:    Kenneth Strannemalm, M. SC.
DATE:       8/16/2012
LOCATION:   Philadelphia, PA

Billing Comments / Instructions:                                    Video

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 5 | $100.00 | $500.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,325.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,340.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!



CLIENT/MATTER # 34315/805
...rization R. MANDARO



V # 232412

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

REPORTING

# INVOICE

DATE: 9/12/2012
INVOICE # 083112-304826
CLIENT MATTER # 34315.805



Bill To:
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

CASE:        SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS:     Kevin Gorman
DATE:        8/31/2012
LOCATION:    Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 135 | $4.75 | $641.25 |
| Original Transcript - 2 Day Delivery | 135 | $2.75 | $371.25 |
| Interactive Real-time | 135 | $1.50 | $202.50 |
| Rough ASCII | 135 | $1.50 | $202.50 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 533 | $0.20 | $106.60 |
| Exhibits - Scanned & Hyperlinked - Color | 24 | $1.50 | $36.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 135 | -$0.25 | -$33.75 |
| | | SUBTOTAL | $1,606.35 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,621.35 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

CLIENT/MATTER# 34315 805
Attorney Authorization R. MANDAL
Disb. C      e



V# 222762

## TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

SEP 19 2012

# INVOICE

**DATE:** 9/12/2012
**INVOICE #** 083112-304827
**CLIENT MATTER #** 34315.805

9/20/12

Bill To:

Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

CASE:     SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS:  Kevin Gorman
DATE:     8/31/2012
LOCATION: Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 1.5 | $100.00 | $150.00 |
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

CLIENT/MATTER # 34315\805
Attorney Authorization C. Macedo
Disb. Code _____

| | |
|---|---|
| SUBTOTAL | $725.00 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $740.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!

V<sup>tt</sup> 232411



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/12/2012
INVOICE # 083112-304827
CLIENT MATTER # 34315.805

REC'D IN _____

Bill To:
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

CASE: SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS: Kevin Gorman
DATE: 8/31/2012
LOCATION: Philadelphia, PA

Billing Comments / Instructions:

Video

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 1.5 | $100.00 | $150.00 |
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $725.00 |
| | SHIPPING & HANDLING | $15.00 |
| | TOTAL | $740.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

THANK YOU FOR YOUR BUSINESS!

CLIENT/MATTER# 34315 | 805
Attorney Authorization R Mandaro
Disb. Code _____

V # 234254



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/27/2012
**INVOICE #** 121112-119427
**CLIENT MATTER #** 34315.805

1/8/13

**Bill To:**   Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY  10016

**CASE:**       SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:**    Earle Sherrod
**DATE:**       12/11/2012
**LOCATION:**   Philadelphia, PA

**Billing Comments / Instructions:**       Exhibits shipped separately.

PAID
Ch # 185333
dat 3/4/13

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 341 | $4.75 | $1,619.75 |
| Original Transcript - 3-5 Day Delivery | 341 | $2.00 | $682.00 |
| Interactive Real-time | 341 | $1.50 | $511.50 |
| Rough ASCII | 341 | $1.50 | $511.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Color | 1716 | $1.50 | $2,574.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 341 | -$0.25 | -$85.25 |
| | | SUBTOTAL | $5,963.50 |
| | | SHIPPING & HANDLING | $37.50 |
| | | TOTAL | $6,001.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

CLIENT/MATTER # 34315-805
Attorney Authorization
Disb. Code



V #259338  1/8/13

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 12/27/2012
INVOICE # 121112-119428
CLIENT MATTER # 34315.805

Bill To:
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

CASE: SCA Hygiene Products v. First Quality Baby Products LLC
WITNESS: Earle Sherrod
DATE: 12/11/2012
LOCATION: Philadelphia, PA

Billing Comments / Instructions:

| SHIP VIA | Messenger | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7 | $100.00 | $700.00 |
| Videosynch / Tape | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,775.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,790.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

CLIENT/MATTER# 34315-805
Attorney Authorization
Disb. Code





**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/27/2012
**INVOICE #** 121212-119430
**CLIENT MATTER #** 34315.805

1/8/13

Bill To:   Charles Macedo Esq.
           Amster Rothstein & Ebenstein LLP
           90 Park Avenue
           21st Floor
           New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Earle Sherrod cont w/ pg 342
**DATE:** 12/12/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 312 | $4.75 | $1,482.00 |
| Original Transcript - 3-5 Day Delivery | 312 | $2.00 | $624.00 |
| Interactive Real-time | 312 | $1.50 | $468.00 |
| Rough ASCII | 312 | $1.50 | $468.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1067 | $0.20 | $213.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 312 | -$0.25 | -$78.00 |

| | | SUBTOTAL | $3,327.40 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $37.50 |
| | | TOTAL | $3,364.90 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!

CLIENT/MATTER# 34315/805

Attorney Authorization

Disb. Code _____



**# 234337** 1|8|13

# TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/27/2012
**INVOICE #** 121212-119431
**CLIENT MATTER #** 34315.805

**Bill To:**  Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Earle Sherrod cont w/ pg 342
**DATE:** 12/12/2012
**LOCATION:** Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7 | $100.00 | $700.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,525.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,540.00 |

## Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

### THANK YOU FOR YOUR BUSINESS!

| CLIENT/MATTER # | 34315-805 |
|---|---|
| Attorney Authorization | |
| Disb. Code | |



*handwritten: # 234536  1/8/13*

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2012
**INVOICE #** 121412-400280
**CLIENT MATTER #** 34315.805

**Bill To:**
Charles Macedo Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
21st Floor
New York, NY 10016

**CASE:** SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:** Richard Gering
**DATE:** 12/14/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 121 | $4.75 | $574.75 |
| Original Transcript - 3-5 Day Delivery | 121 | $2.00 | $242.00 |
| Interactive Real-time | 121 | $1.50 | $181.50 |
| Rough ASCII | 121 | $1.50 | $181.50 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index | 1 | $10.00 | $10.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 70 | $0.20 | $14.00 |
| Exhibits - Scanned & Hyperlinked - Color | 123 | $1.50 | $184.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 121 | -$0.25 | -$30.25 |
| | | SUBTOTAL | $1,428.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $1,443.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

| CLIENT/MATTER# | *34,35/805* |
|---|---|
| Attorney Authorization | *signature* |
| Disb. Code | |



*# 234311*  *1/8/13*

## INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 12/31/2012
**INVOICE #** 121412-400281
**CLIENT MATTER #** 34315.805

Bill To:     Charles Macedo Esq.
             Amster Rothstein & Ebenstein LLP
             90 Park Avenue
             21st Floor
             New York, NY 10016

**CASE:**      SCA Hygiene Products v. First Quality Baby Products LLC
**WITNESS:**   Richard Gering
**DATE:**      12/14/2012
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 1.5 | $100.00 | $150.00 |
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $725.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $740.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

CLIENT/MATTER# *34315/805*
Attorney Authorization
Disb. Code