Exhibit D

# MERRILL
## COMMUNICATIONS LLC

V # 224206



**Location:** DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
**Attn:** Richard S. Mandaro, Esq.
Senior Counsel

JUN 27 2011

Any Inquiries Call: 800-688-4400

Invoice #: 1199912
Invoice Date: 21-JUN-11
Merrill Order #: 002-1452872
Client Matter #: CA Hygiene Products Aktuebolag and SCA Personal Ca
Date Received:
Salesperson:
Bradley Wolf  6/27/11

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 2181 - April Activity** | | |
| 236.8129 | Pre-Processing (per GB) | $150.00 | $35,521.93 |
| 2.5 | Project Management (per hour) | $250.00 | $625.00 |
| | 4/22/2011 - 1.00 hours - MP - Data Analysis | | |
| | 4/25/2011 - 1.00 hours - MP - Search term review and modification. | | |
| | 4/28/2011 - 0.50 hours - MP - Customized reporting | | |
| | Subtotal: | | $36,146.93 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $3,208.04 |
| | Total Invoice: | | $39,354.97 |

Cw 180423
da 9/9/11

CLIENT/MATTER # 34315/805        SCA/FQ
Attorney Authorization  R Mandaro
Disb. Code  26

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

V# 1217070

# MERRILL
# COMMUNICATIONS LLC

JUL - 6 2011



Location:     DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn:   Richard S. Mandaro, Esq.
        Senior Counsel

Any Inquiries Call:  800-688-4400

Invoice #:  1217070
Invoice Date:  30-JUN-11
Merrill Order #:  002-1457637
Client Matter #:  CA Hygiene Products Aktuebolag and SCA Personal Ca
Date Received:
Salesperson:  Bradley Wolf

*CM 180663*
*abs 10/12/11*

*First Quality / SCA*

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Project 2181 - May Activity | | |
| 16.1 | Native Processing with TIFF Conversion (per GB) | $650.00 | $10,465.00 |
| 88631 | OCR (per page) | $.03 | $2,658.93 |
| 1.5 | Project Management (per hour) | $250.00 | $375.00 |
| | 5/6/2011 - 1.00 hours - MP - Consulting and review of post pre-processing reports. | | |
| | 5/19/2011 - 0.50 hours - MP - Consulting re: search terms | | |

|  | |
|---|---|
| Subtotal: | $13,498.93 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $1,164.75 |
| Total Invoice: | $14,663.68 |

CLIENT/MATTER #  34315 / 805
Attorney Authorization  *R. Mandaro*
Disb. Code _____

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
     MERRILL COMMUNICATIONS LLC
     CM-9638
     ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :     41-2007271



# MERRILL
## COMMUNICATIONS LLC

✓ # 226012

| | |
|---|---|
| Location: | DMS-ST PAUL |

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn: Richard S. Mandaro, Esq.
Senior Counsel

Any Inquiries Call: 800-688-4400

Invoice #: 1227756-2
Invoice Date: 12-AUG-11
Merrill Order #: 002-1461722
Client Matter #: CA Hygiene Products Aktuebolag
Date Received: and SCA Personal Ca
Salesperson:
Bradley Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Project 2181 - June Activity | | |
| | Revised 9/2/11; Replaces Invoice 1227756 | | |
| 49.90004 | Native Processing with TIFF Conversion (per GB) | $650.00 | $32,435.03 |
| 2 | Tech Time (per hour) - Key Term searching and Reporting | $150.00 | $300.00 |
| 1 | Credit From Invoice 1217070 | | $-6,919.76 |
| | Subtotal: | | $25,815.27 |
| | Messenger and Freight: | | $118.66 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $2,301.64 |
| | Total Invoice: | | $28,235.57 |

SCA/Final Quality
OK to pay
RMANDARO
(34315/805)

REC'D IN ACCTG
DATE 9/27/11

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

*√ to receive*

# MERRILL
# COMMUNICATIONS LLC



OCT - 4 2011

Location:    DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY  10016
Attn:   Richard S. Mandaro, Esq.
        Senior Counsel

Any Inquiries Call:   800-688-4400

Invoice #:   1252624
Invoice Date:   28-SEP-11
Merrill Order #:   002-1469788
Client Matter #:   CA Hygiene Products Aktuebolag
Date Received:   and SCA Personal Ca
Salesperson:
        Bradley Wolf

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Project 2181 - August Activity | | |
| 1 | Media - DVD Master | $50.00 | $50.00 |
| 1 | Media - DVD Duplication | $35.00 | $35.00 |
| 1 | Media - CD Master | $35.00 | $35.00 |
| .21605 | Native Processing with TIFF Conversion (per GB) | $650.00 | $140.43 |
| 1163 | OCR (per page) | $.03 | $34.89 |
| 1163 | Endorsements | $.01 | $11.63 |
| .75 | Tech Time (per hour) | $150.00 | $112.50 |
| | 8/24/2011 - 0.25 hours - Converted OPT to LFP via IConvert. | | |
| | 8/31/2011 - 0.50 hours - Created X ref | | |
| 1 | Project Management - Senior Consultant (per hour) | $200.00 | $200.00 |
| | 8/26/2011 - 1.00 hours - MP - Load file modification | | |

- See Next Page

CLIENT/MATTER #
Attorney Authorization
Disb. Code

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271



Location:    DMS-ST PAUL

Any Inquiries Call:   800-688-4400

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn:   Richard S. Mandaro, Esq.
            Senior Counsel

Invoice #:   1252624
Invoice Date:   28-SEP-11
Merrill Order #:   002-1469788
Client Matter #:   CA Hygiene Products Aktuebolag
Date Received:   and SCA Personal Ca
Salesperson:

Bradley Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $619.45 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $27.24 |
| | Total Invoice: | | $646.69 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

CLIENT/MATTER # __34315\805__
Attorney Authorization __R. Mandaro__
Disb. Code _____

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

V# 226858

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-ST PAUL

NOV - 8 2011

**Any Inquiries Call:** 800-688-4400

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn: Richard S. Mandaro, Esq.
Senior Counsel

**Invoice #:** 1261751
**Invoice Date:** 31-OCT-11
**Merrill Order #:** 002-1474000
**Client Matter #:** CA Hygiene Products Aktuebolag and SCA Personal Ca
**Date Received:**
**Salesperson:**
Bradley Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 2181 - September Activity** | | |
| 1 | Media - DVD Master | $50.00 | $50.00 |
| 4 | Technical Labor (per hour) - Data Transfer/Monitor to HD Provided by the Client | $150.00 | $600.00 |
| 222687 | Endorsements | $.01 | $2,226.87 |
| 1 | Project Management - Senior Consultant (per hour) | $200.00 | $200.00 |
| | 9/9/2011 - 0.50 hours - MP - Load file modification | | |
| | 9/13/2011 - 0.50 hours - MP - Custom Reporting: Creation and validation of cross reference files. | | |

CLIENT/MATTER # 34315 / 805
Attorney Authorization R. Mandaro
Disb. Code _____

REMIT TO:
   MERRILL COMMUNICATIONS LLC
   CM-9638
   ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
## COMMUNICATIONS LLC

NOV - 8 2011



| | |
|---|---|
| Location: DMS-ST PAUL | Any Inquiries Call: 800-688-4400 |

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn: Richard S. Mandaro, Esq.
Senior Counsel

Invoice #: 1261751
Invoice Date: 31-OCT-11
Merrill Order #: 002-1474000
Client Matter #: CA Hygiene Products Aktuebolag
and SCA Personal Ca
Date Received:
Salesperson:
Bradley Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $3,076.87 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $202.07 |
| | Total Invoice: | | $3,278.94 |

CLIENT/MATTER # _____
Attorney Authorization _____
Disb. Code _____

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271



# MERRILL
## COMMUNICATIONS LLC

OCT 27 2011

Location:   DMS-NEW YORK MIDTOWN

Any Inquiries Call:   212-840-1133

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY  10016  US
Attn:   Sheila Mitchell

Invoice #:   1263792
Invoice Date:   17-OCT-11
Merrill Order #:   002-1475425
Client Matter #:   34315-0805
Date Received:   13-OCT-11
Salesperson:   WOLF, BRADLEY

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 3,500 Scan, OCR and Indexing | | |
| 3275 | Scan - Difficult Heavy | $.12 | $393.00 |
| 111 | Scan - Oversize B/W Per Sq Ft | $1.00 | $111.00 |
| 141 | Scan - 11" x 17" - B/W | $.24 | $33.84 |
| 3462 | Electronic Processing - OCR | $.03 | $103.86 |
| 90 | Coding - Indexing | $.25 | $22.50 |
| 1 | Media - CD Master | $10.00 | $10.00 |
| .5 | Labor - Technical Labor - Export | $75.00 | $37.50 |

*10/28/11*

CLIENT/MATTER # 34315-805
Attorney Authorization KMannard
Disb. Code ____

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# MERRILL
## COMMUNICATIONS LLC

OCT 2 7 2011



Location: DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Sheila Mitchell

Any Inquiries Call: 212-840-1133

| | |
|---|---|
| Invoice #: | 1263792 |
| Invoice Date: | 17-OCT-11 |
| Merrill Order #: | 002-1475425 |
| Client Matter #: | 34315-0805 |
| Date Received: | 13-OCT-11 |
| Salesperson: | WOLF, BRADLEY |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $711.70 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $59.84 |
| | Total Invoice: | | $771.54 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

CLIENT/MATTER # 34315- 505
Attorney Authorization K MnDn
Disb. Code _____

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
## COMMUNICATIONS LLC



**Location:** DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
**Attn:** Richard S. Mandaro, Esq.
Senior Counsel

Any Inquiries Call: **800-688-4400**

Invoice #: 1285562
Invoice Date: 27-DEC-11
Merrill Order #: 002-1482935
Client Matter #: CA Hygiene Products Aktiebolag
and SCA Personal Ca
Date Received:
Salesperson:
Bradley Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 2181 - November Activity** | | |
| | REPROGRAPHICS AND SCANNING | | |
| 3729 | OCR (per page) | $.03 | $111.87 |
| 7365 | Image Endorsing | $.02 | $147.30 |
| 542 | File Conversion to TIFF | $.04 | $21.68 |
| 2 | Media - CD Mastering | $35.00 | $70.00 |
| 2 | Media - Hard Drive/Other | $250.00 | $500.00 |
| .75 | Technical Labor (per hour) - Export | $75.00 | $56.25 |
| 2 | Technical Labor (per hour) - Identifying replacement documents, capturing bates, manually redacting endorsement on 24 docs/223 pages | $75.00 | $150.00 |
| 2 | Technical Labor (per hour) - Manually replacing previously scanned documents with redacted set, updating 2 index fields for new documents | $75.00 | $150.00 |
| .5 | Technical Labor (per hour) - Tagging documents for confidentiality endorsement | $75.00 | $37.50 |
| | EDATA PROCESSING | | |
| 2375 | OCR (per page) | $.03 | $71.25 |
| 361371 | Endorsements | $.01 | $3,613.71 |
| 1 | Project Management - Senior Consultant (per hour) | $200.00 | $200.00 |
| | 11/14/2011 - 1.00 hours - MP - Production coordination received by Connie Giordano on 11/14/2001. Project documentation, reporting, metrics, analysis of client provided data | | |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
## COMMUNICATIONS LLC



Location:  DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn:  Richard S. Mandaro, Esq.
     Senior Counsel

Any Inquiries Call:  800-688-4400

Invoice #:  1285562
Invoice Date:  27-DEC-11
Merrill Order #:  002-1482935
Client Matter #:  CA Hygiene Products Aktuebolag
    and SCA Personal Ca
Date Received:
Salesperson:
    Bradley Wolf

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| | Subtotal: | | $5,129.56 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $402.55 |
| | Total Invoice: | | $5,532.11 |

CLIENT/MATTER # 34315 805
Attorney Authorization R. Mandaro
Disb. Code _____

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :  41-2007271

V #248170

# MERRILL
# COMMUNICATIONS LLC

FEB 22 2012



| Location: | DMS-ST PAUL | | Any Inquiries Call: 800-688-4400 |

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn: Richard S. Mandaro, Esq.
Senior Counsel

Invoice #: 1309715
Invoice Date: 16-FEB-12
Merrill Order #: 002-1491703
Client Matter #: CA Hygiene Products Aktuebolag
and SCA Personal Ca
Date Received:
Salesperson: Bradley Wolf 3/4/12

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 2181 - January Activity** | | |
| 1 | Media - DVD Master | $50.00 | $50.00 |
| .73495 | Native Processing with TIFF Conversion (per GB) | $650.00 | $477.72 |
| 7998 | OCR (per page) | $.03 | $239.94 |
| 7998 | Endorsements (per page) | $.01 | $79.98 |
| | Subtotal: | | $847.64 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $75.23 |
| | Total Invoice: | | $922.87 |

CLIENT/MATTER # 34315 / 805
Attorney Authorization L. Mandaro
Disb. Code

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

V # 227(pJ)

# MERRILL
## COMMUNICATIONS LLC

MAR 2 1 2012



**Location:** DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Sheila Mitchel

**Any Inquiries Call:** 212-840-1133

| | |
|---|---|
| Invoice #: | 1324037 |
| Invoice Date: | 13-MAR-12 |
| Merrill Order #: | 002-1496151 |
| Client Matter #: | 34315-805 |
| Date Received: | 12-MAR-12 |
| Salesperson: | Wolf, Bradley |

4/18/12

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **400 Copy x 1** | | |
| 15 | Copy - Heavy | $.12 | $1.80 |
| 359 | Copy - Color | $1.00 | $359.00 |
| 1 | Binder - 2" | $10.00 | $10.00 |
| 61 | Tabs - Index | $.25 | $15.25 |
| | Subtotal: | | $386.05 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $34.26 |
| | Total Invoice: | | $420.31 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

CLIENT/MATTER # 34315-865
Attorney Authorization K.MinDaRo
Disb. Code _____

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# MERRILL
## COMMUNICATIONS LLC

V# 229334



Location:    DMS-NEW YORK MIDTOWN

Any Inquiries Call:  212-840-1133

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Sheila Mitchell

| | |
|---|---|
| Invoice #: | 1326460 |
| Invoice Date: | 20-MAR-12 |
| Merrill Order #: | 002-1496920 |
| Client Matter #: | 34315/0805 |
| Date Received: | 19-MAR-12 |
| Salesperson: | Wolf, Bradley |

4/2/12

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **400 Copy x 4** | | |
| 52 | Copy - Medium | $.12 | $6.24 |
| 1580 | Copy - Color | $1.00 | $1,580.00 |
| 4 | Binder - 2" | $10.00 | $40.00 |
| 276 | Tabs - Index | $.25 | $69.00 |
| | Subtotal: | | $1,695.24 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $150.45 |
| | Total Invoice: | | $1,845.69 |

CLIENT/MATTER# 34315/805
Attorney Authorization  R. Manfalo
Disb. Code _____

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID    41-2007271

# MERRILL
## COMMUNICATIONS LLC



**Location:**  DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York,  NY  10016
Attn:  Richard S. Mandaro, Esq.
         Senior Counsel

**Any Inquiries Call:  800-688-4400**

| | |
|---|---|
| **Invoice #:** | 1336830 |
| **Invoice Date:** | 24-APR-12 |
| **Merrill Order #:** | 002-1498235 |
| **Client Matter #:** | CA Hygiene Products Aktuebolag |
| **Date Received:** | and SCA Personal Ca |
| **Salesperson:** | |
| | Bradley Wolf |

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 2181 - March 2012 Activity** | | |
| 4 | Media - CD Mastering | $35.00 | $140.00 |
| .1334 | Native File Processing with TIFF Conversion (per GB) | $650.00 | $86.71 |
| 1463 | OCR (per page) | $.03 | $43.89 |
| 2151 | Endorsements (per page) | $.01 | $21.51 |
| 7 | Tech Time (per hour) | $150.00 | $1,050.00 |
| | 3/13/2012 - 0.50 hours - Custom numbering | | |
| | 3/14/2012 - 6.00 hours - Identification and manual replacement of redacted images. | | |
| | 3/15/2012 - 0.50 hours - Manual formating and conversion to tiff, replacement of images. | | |
| 1 | Project Management (per hour) | $150.00 | $150.00 |
| | 3/13/2012 - 1.00 hours - MP - Production preparation requested by Connie Giordano. Assessment of production requirements and consultation. Customized data allocation, QC and preparation for production. | | |

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location:**  DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
**Attn:**  Richard S. Mandaro, Esq.
Senior Counsel

| | |
|---|---|
| **Any Inquiries Call:** | **800-688-4400** |
| **Invoice #:** | 1336830 |
| **Invoice Date:** | 24-APR-12 |
| **Merrill Order #:** | 002-1498235 |
| **Client Matter #:** | CA Hygiene Products Aktuebolag |
| **Date Received:** | and SCA Personal Ca |
| **Salesperson:** | |
| | Bradley Wolf |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Subtotal:** | | $1,492.11 |
| | **Messenger and Freight:** | | $.00 |
| | **Postage and Handling:** | | $.00 |
| | **Tax:** | | $25.92 |
| | **Total Invoice USD:** | | $1,518.03 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :  41-2007271

# MERRILL
# COMMUNICATIONS LLC



JUN - 4 2012

REC'D IN ACCTG
DATE 6/6/0

Location: DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
Attn: Richard S. Mandaro, Esq.
Senior Counsel

*Cu 18299*
*dd 6/12/a*

Any Inquiries Call: 800-688-4400

| | |
|---|---|
| Invoice #: | 1351787 |
| Invoice Date: | 30-MAY-12 |
| Merrill Order #: | 002-1502395 |
| Client Matter #: | CA Hygiene Products Aktuebolag |
| Date Received: | and SCA Personal Ca |
| Salesperson: | Bradley Wolf |

SCA / FG

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 2181 - April 2012 Activity** | | |
| .25 | Technical Labor - Data transfer\monitor to perform Media duplication | $75.00 | $18.75 |
| 1 | Media - CD Duplication | $10.00 | $10.00 |
| .25 | Technical Labor - Data transfer\monitor to perform Media duplication | $75.00 | $18.75 |
| .0031 | Native File Processing (per GB) | $650.00 | $2.02 |
| 738 | Endorsements (per page) | $.01 | $7.38 |
| 1.75 | Tech Time (per hour) | $150.00 | $262.50 |
| | 4/4/2012 - 1.75 hours - manuall Formating of excel files. | | |

CLIENT/MATTER # 34315 / 865
Attorney Authorization R. Mandaro
Disb. Code 26

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 2

# MERRILL
## COMMUNICATIONS LLC



Location:     DMS-ST PAUL

Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York,  NY  10016
Attn:   Richard S. Mandaro, Esq.
        Senior Counsel

Any Inquiries Call:  800-688-4400

Invoice #:  1351787
Invoice Date:  30-MAY-12
Merrill Order #:  002-1502395
Client Matter #:  CA Hygiene Products Aktuebolag
Date Received:  and SCA Personal Ca
Salesperson:

Bradley Wolf

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| | Subtotal: | | $319.40 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $1.72 |
| | Total Invoice USD: | | $321.12 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :     41-2007271

# MERRILL
## COMMUNICATIONS LLC

JUN 29 2012



**Location:** DMS-NEW YORK MIDTOWN

V #231233 Any Inquiries Call: **212-840-1133**

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Richard Mandaro

7/3/12

Invoice #: 1367273
Invoice Date: 19-JUN-12
Merrill Order #: 002-1509152
Client Matter #: __SCA__
Date Received: 17-JUN-12
Salesperson: Wolf, Bradley

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **300 Conversion to TIFF, Endorse and Blowback x 2** | | |
| 268 | Electronic Processing - File Conversion - to TIFF | $.05 | $13.40 |
| 268 | Electronic Processing - Image Endorsing | $.03 | $8.04 |
| 360 | Print - 11" x 17" - B/W | $.25 | $90.00 |
| 176 | Print - 11" x 17" - Color | $2.00 | $352.00 |
| 3 | Labor - Technical Labor (Header Creation and Excel formatting) | $75.00 | $225.00 |

CLIENT/MATTER # 34315\808
Attorney Authorization R MANDARO
Disb. Code _____

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



JUN 20 2012

**Location:** DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Richard Mandaro

Any Inquiries Call: 212-840-1133

Invoice #: 1367273
Invoice Date: 19-JUN-12
Merrill Order #: 002-1509152
Client Matter #: SCA
Date Received: 17-JUN-12
Salesperson: Wolf, Bradley

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| | Subtotal: | | $688.44 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $41.13 |
| | Total Invoice USD: | | $729.57 |

CLIENT/MATTER # 34315 / 805
Attorney Authorization R. Mandaro
Disb. Code

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

V # 251857

# MERRILL
# COMMUNICATIONS LLC

JUL 2 - 2012



**Location:** DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Richard Mandaro

Any Inquiries Call: 212-840-1133

7/3/12

Invoice #: 1369151
Invoice Date: 25-JUN-12
Merrill Order #: 002-1509791
Client Matter #: FQ(SCA) 34315-0805
Date Received: 21-JUN-12
Salesperson: Wolf, Bradley

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Conversion to TIFF, Endorse and OCR | | |
| 72 | File Conversion to TIFF | $.0750 | $5.40 |
| 72 | Image Endorsing | $.02 | $1.44 |
| 72 | OCR | $.03 | $2.16 |
| 1 | Media - CD Master | $10.00 | $10.00 |
| .25 | Labor - Technical Labor - Export | $75.00 | $18.75 |

| | |
|---|---|
| Subtotal: | $37.75 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $1.69 |
| Total Invoice USD: | $39.44 |

CLIENT/MATTER # 34315\805
Attorney Authorization L. Mandaro
Disb. Code _____

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310.
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
## COMMUNICATIONS LLC

# /# 231176



**Location:** DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Connie Giordano

**Any Inquiries Call: 212-840-1133**

Invoice #: 1372775
Invoice Date: 28-JUN-12
Merrill Order #: 002-1510242
Client Matter #: 34315-0805
Date Received: 26-JUN-12
Salesperson: Wolf, Bradley

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Scan, Endorse and OCR | | |
| 588 | Scan - Heavy | $.12 | $70.56 |
| 588 | Electronic Processing - Image Endorsing | $.02 | $11.76 |
| 588 | Electronic Processing - OCR | $.03 | $17.64 |
| 2 | Media - CD Master | $10.00 | $20.00 |
| 1 | Unbind/Rebind | $1.25 | $1.25 |
| 1 | Labor - Technical Labor - Export | $75.00 | $75.00 |

34315/805
Ok to pay
R Morano

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



Location:    DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn:   Connie Giordano

Any Inquiries Call: 212-840-1133

| | |
|---|---|
| Invoice #: | 1372775 |
| Invoice Date: | 28-JUN-12 |
| Merrill Order #: | 002-1510242 |
| Client Matter #: | 34315-0805 |
| Date Received: | 26-JUN-12 |
| Salesperson: | Wolf, Bradley |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $196.21 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $10.76 |
| | Total Invoice USD: | | $206.97 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
   MERRILL COMMUNICATIONS LLC
   CM-9638
   ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271

V #232000

# MERRILL
# COMMUNICATIONS LLC



8/21/12

**Location:** DMS-NEW YORK MIDTOWN

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016 US
Attn: Connie Giordano

Any Inquiries Call: 212-840-1133

Invoice #: 1387380
Invoice Date: 07-AUG-12
Merrill Order #: 002-1514164
Client Matter #: 34315-0805
Date Received: 30-JUL-12
Salesperson: Wolf, Bradley

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 300 Scan, Endorse and OCR | | |
| 303 | Scan - Heavy | $.12 | $36.36 |
| 303 | Electronic Processing - Image Endorsing | $.03 | $9.09 |
| 303 | Electronic Processing - OCR | $.03 | $9.09 |
| 1 | Media - CD Master | $10.00 | $10.00 |
| .25 | Labor - Technical Labor - Export | $75.00 | $18.75 |

3435/805
OK to pay
R Mansfield

| | |
|---|---|
| Subtotal: | $83.29 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $5.73 |
| Total Invoice USD: | $89.02 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**Sage Document Services Group LLC**

2 West 46th Street
Suite 800
New York, NY 10036

# Invoice

*handwritten: ✓ # 230514*

| Date | Invoice # |
|------|-----------|
| 5/27/2012 | 5267 |

*handwritten: OK TO PAY [signature] 5/30/12*

| Bill To |
|---------|
| Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 |

| Job # | Terms | Order Date | Client Matter # | Ordered By |
|-------|-------|-----------|-----------------|-----------|
| 50130 | Due on receipt | 5/25/2012 | 34315/805 | Andy Wilber |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1,207 | Binder x 1-Fedex | Pg | 0.12 | 144.84T |
| 37 | Litigation Tabs | ea | 0.35 | 12.95T |
| 1 | 3" Binder | Br | 15.00 | 15.00T |

Thank you for your business. For billing questions please call 212-302-8876

| | |
|--|--|
| **Subtotal** | $172.79 |
| **Sales Tax (8.875%)** | $15.34 |
| **Total** | $188.13 |
| **Balance Due** | $188.13 |

| Federal Tax ID:26-1297633 |
|---|

| Web Site |
|----------|
| www.sagecorponline.com |

✓ # 231860

Sage Document Services Group LLC

# Invoice

2 West 46th Street
Suite 800
New York, NY 10036

| Date | Invoice # |
|------|-----------|
| 6/16/2012 | 5357 |

8/17/12

| Bill To |
|---------|
| Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 |

| Job # | Terms | Order Date | Client Matter # | Ordered By |
|-------|-------|-----------|-----------------|------------|
| 60059 | Due on receipt | 6/14/2012 | 34315/0805 | Connie G |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 212 | Blowback x 4 | Pg | 0.07 | 14.84T |
| 212 | 11 x 17 Copies | Pg | 0.25 | 53.00T |
| 1 | Excel Formatting | hr | 65.00 | 65.00T |

OK to pay
B L. Mandala

Thank you for your business. For billing questions please call 212-302-8876

| | |
|---|---|
| Subtotal | $132.84 |
| Sales Tax (8.875%) | $11.79 |
| **Total** | $144.63 |
| **Balance Due** | $144.63 |

Federal Tax ID:26-1297633

| Web Site |
|----------|
| www.sagecorponline.com |

Sage Document Services Group LLC

2 West 46th Street
Suite 800
New York, NY 10036

✓ 237329

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2012 | 5673 |

| Bill To |
|---------|
| Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 |

| Job # | Terms | Order Date | Client Matter # | Ordered By |
|-------|-------|------------|-----------------|------------|
| 80117 | Due on receipt | 8/23/2012 | 34315/0805 | Connie Giordano |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 946 | Tiff Conversion | Pg | 0.05 | 47.30T |
| 946 | Electronic Bates Label | Pg | 0.02 | 18.92T |
| 946 | OCR | Pg | 0.03 | 28.38T |
| 1 | CD Master-FQ-SCA-006 | ea | 25.00 | 25.00T |

CLIENT/MATTER# 34315\805

Attorney Authorization R. MANDARO

Disb. Code _____

9/2/12

Thank you for your business. For billing questions please call 212-302-8876

Federal Tax ID:26-1297633

| Web Site |
|----------|
| www.sagecorponline.com |

| | |
|---|---|
| Subtotal | $119.60 |
| Sales Tax (8.875%) | $10.61 |
| Total | $130.21 |
| Balance Due | $130.21 |

V # 233440

Sage Document Services Group LLC

2 West 46th Street
Suite 407
New York, NY 10036


# Invoice

| Date | Invoice # |
|------|-----------|
| 11/28/2012 | 6124 |

| Bill To |
|---------|
| Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 |


DEC - 4 2012

| Job # | Terms | Order Date | Client Matter # | Ordered By |
|-------|-------|-----------|-----------------|------------|
| 110090 | Due on receipt | 11/26/2012 | 34315/0805 | Jen Doran |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 431 | File processing | Mb | 0.65 | 280.15T |
| 2,836 | Tiff Conversion | Pg | 0.05 | 141.80T |
| 1,544 | Color Tiff Processing | Pg | 0.25 | 386.00T |
| 4,380 | Electronic Bates Label | Pg | 0.02 | 87.60T |
| 4,380 | OCR | Pg | 0.03 | 131.40T |
| 2 | DVD Duplication | ea | 30.00 | 60.00T |

CLIENT/MATTER# 34315/805

Attorney Authorization R MANDAL

Disb. Code

Thank you for your business. For billing questions please call 212-302-8876

| | |
|---|---|
| Subtotal | $1,086.95 |
| Sales Tax (8.875%) | $96.47 |
| Total | $1,183.42 |
| Balance Due | $1,183.42 |

| Federal Tax ID:26-1297633 | Web Site |
|---|---|
| | www.sagecorponline.com |

*V# 23442* *12/20/12* (handwritten)

Sage Document Services Group LLC

2 West 46th Street
Suite 407
New York, NY 10036

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/14/2012 | 6206 |

| Bill To |
|---------|
| Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 |

CLIENT/MATTER# *34315/805* (handwritten)

Attorney Authorization *R. Mandaro* (handwritten)

Disb. Code _____

| Job # | Terms | Order Date | Client Matter # | Ordered By |
|-------|-------|-----------|-----------------|------------|
| 110112 | Due on receipt | 12/13/2012 | 34315/805 | Jen Doran |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1,060 | Tiff Conversion-FQ-SCA 008 | Pg | 0.05 | 53.00T |
| 1,060 | Electronic Bates Label | Pg | 0.02 | 21.20T |
| 1,060 | OCR | Pg | 0.03 | 31.80T |
| 2 | CD Duplication | ea | 20.00 | 40.00T |

Thank you for your business.For billing questions please call 212-302-8876

Federal Tax ID:26-1297633

| Web Site |
|----------|
| www.sagecorponline.com |

| | |
|---|---|
| Subtotal | $146.00 |
| Sales Tax (8.875%) | $12.96 |
| **Total** | $158.96 |
| Balance Due | $158.96 |

*(handwritten at top)* √ # 234143

Sage Document Services Group LLC

2 West 46th Street
Suite 407
New York, NY 10036

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/14/2012 | 6212 |

*(handwritten)* 12/20/12

| Bill To |
|---------|
| Amster Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, NY 10016 |

| Job # | Terms | Order Date | Client Matter # | Ordered By |
|-------|-------|-----------|-----------------|------------|
| 120063 | Due on receipt | 12/12/2012 | 34315/805 | Connie Giordano |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | Excel formatting and file branding | hr | 65.00 | 65.00T |
| 54 | Color copies | Pg | 0.85 | 45.90T |

*(handwritten)* 34315/805
OK to pay
R. Mancuso

Thank you for your business. For billing questions please call 212-302-8876

| | |
|---|---|
| Subtotal | $110.90 |
| Sales Tax (8.875%) | $9.84 |
| Total | $120.74 |
| Balance Due | $120.74 |

| Federal Tax ID:26-1297633 | Web Site |
|---|---|
| | www.sagecorponline.com |

V # 227380



XDD
XACT DATA DISCOVERY
Because you need to know

Xact Data Discovery - NYNY
212-643-6699

# INVOICE

**Invoice Number:** 11-54413

**Invoice Date:** 11/29/2011

**Customer ID** 11AMSTER

**Page:** 1

REMIT PAYMENT TO: Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill
To: AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

Ship
To: AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

12/12/4

| | | |
|---|---|---|
| Ship Via | Delivery | |
| Ship Agent | XACT | |
| Ship Date | 11/29/2011 | |
| Due Date | 12/29/2011 | |
| Terms | Net 30 Days | |

| | |
|---|---|
| Contact | Andy Wilber |
| P.O. Number | 1111-0135 |
| Case No. | 34315.805 |
| Job No. | 1111-0135 |
| SalesPerson | Kenny Crowell |

| Item/Description | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|
| SERV3    Services Labor/Tech Time | 7 | Per Hour | 150.00 | 1,050.00 |

805
CLIENT/MATTER# 34315- ~~805~~
Attorney Authorization R. Mandaro
Disb. Code _____

Fed. Tax ID#: 43-1685216

| | | |
|---|---|---|
| Amount Subject to Sales Tax 0.00 | Amount Exempt from Sales Tax 1,050.00 | Subtotal: 1,050.00 |
| | | Invoice Discount: .00 |
| | | Total Sales Tax: 0.00 |
| | | Total: 1,050.00 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____



XACT DATA DISCOVERY
Because you need to know

Xact Data Discovery - NYNY
212-643-6699

**INVOICE**

√ # 230920

Invoice Number: 11-55903

Invoice Date: 6/6/2012

REMIT PAYMENT TO: Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Customer ID    11AMSTER

Page: 1

| Bill To: | Ship To: |
|---|---|
| AMSTER ROTHSTEIN & EBENSTEIN | AMSTER ROTHSTEIN & EBENSTEIN |
| 90 PARK AVENUE | 90 PARK AVENUE |
| NEW YORK, NY  10016 | NEW YORK, NY  10016 |

OK TO PAY
Andu Wilbu

| Ship Via | Delivery | Contact | Andy Wilber |
|---|---|---|---|
| Ship Agent | XACT | P.O. Number | 0612-0014 |
| Ship Date | 6/6/2012 | Case No. | 34315.805 |
| Due Date | 7/6/2012 | Job No. | 0612-0014 |
| Terms | Net 30 Days | SalesPerson | Kenny Crowell |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 3,292 | Each Item | .08 | 263.36 |
| SUPPMISC | Redwelds | 5 | Each Item | 2.00 | 10.00 |
| SUPPMISC | Folders | 86 | Each Item | .65 | 55.90 |
| GL.SHIPPING | Fex Ex | 1 | Each Item | 17.23 | 17.23 |
| | ORDER DATE:  6/4/2012 | | | | |



| Fed. Tax ID#:  43-1685216 | Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 346.49 |
|---|---|---|---|---|
| | | | Invoice Discount: | 0.00 |
| | 329.26 | 17.23 | Total Sales Tax: | 29.22 |
| | | | Total: | 375.71 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____



*# 2 33303*  *11/7/12*

Xact Data Discovery - NYNY
212-643-6699

**INVOICE**

Invoice Number: 11-56738

Invoice Date: 10/26/2012

Customer ID    11AMSTER

Page: 1

REMIT PAYMENT TO:   Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Bill
To:   AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

Ship
To:   AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

*OK TO PAY*

| | | |
|---|---|---|
| Ship Via | Delivery | |
| Ship Agent | XACT | |
| Ship Date | 10/26/2012 | |
| Due Date | 11/25/2012 | |
| Terms | Net 30 Days | |

Contact   Andy Wilber
P.O. Number   1012-0133
Case No.   34315.805
Job No.   1012-0133
SalesPerson   Kenny Crowell

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 1,401 | Each Item | .08 | 112.08 |
| IMAGE12 | Color Blowbacks | 1,035 | Each Item | .70 | 724.50 |
| IMAGE12 | Color Blowbacks 11X17 | 39 | Each Item | 1.00 | 39.00 |
| SERV3 | Services Labor/Tech Time | 8 | Per Hour | 150.00 | 1,200.00 |
| SUPP1 | Supplies Binder 3-ring 1" | 2 | Each Item | 5.00 | 10.00 |
| SUPP2 | Supplies Binder 3-ring 2" | 1 | Each Item | 10.00 | 10.00 |
| SUPP3 | Supplies Binder 3-ring 3" | 2 | Each Item | 15.00 | 30.00 |
| SUPP4 | Supplies Binder 3-ring 4" | 3 | Each Item | 30.00 | 90.00 |
| SUPP5 | Supplies Tabs Custom | 373 | Each Item | .35 | 130.55 |

Fed. Tax ID#: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 1,146.13 | 1,200.00 | Subtotal: | 2,346.13 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 101.72 |
| | | Total: | 2,447.85 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and
received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible
for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within
30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____    Date: _____

 # 234919  



Xact Data Discovery - NYNY
212-643-6699

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 11-56955 |
| **Invoice Date:** | 12/10/2012 |
| **Customer ID** | 11AMSTER |
| **Page:** | 1 |

REMIT PAYMENT TO: Xcellence, Inc.
Worksource #163
PO Box 414378
Kansas City, MO 64141

Bill
To: AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

Ship
To: AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | Andy Wilber |
| Ship Agent | XACT | P.O. Number | 1212-0042 |
| Ship Date | 12/10/2012 | Case No. | 34315.805 |
| Due Date | 1/9/2013 | Job No. | 1212-0042 |
| Terms | Net 30 Days | SalesPerson | Kenny Crowell |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 2,144 | Each Item | .08 | 171.52 |
| SUPP5 | Supplies Tabs Custom | 365 | Each Item | .35 | 127.75 |

*OK TO PAY*

*[signature]*

Fed. Tax ID#: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 299.27 |
|---|---|---|---|
| | | Invoice Discount: | 0.00 |
| 299.27 | 0.00 | Total Sales Tax: | 26.56 |
| | | **Total:** | **325.83** |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____    Date: _____

# ✓ # 234343                    1/9/13



Xact Data Discovery - NYNY
212-643-6699

**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 11-56972 |
| **Invoice Date:** | 12/12/2012 |
| **Customer ID** | 11AMSTER |
| **Page:** | 1 |

**REMIT PAYMENT TO:** Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

Bill
To:  AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY  10016

Ship
To:  AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY  10016

| | | | | |
|---|---|---|---|---|
| **Ship Via** | Delivery | **Contact** | Andy Wilber |
| **Ship Agent** | XACT | **P.O. Number** | 1212-0036 |
| **Ship Date** | 12/12/2012 | **Case No.** | 34315.805 |
| **Due Date** | 1/11/2013 | **Job No.** | 1212-0036 |
| **Terms** | Net 30 Days | **SalesPerson** | Kenny Crowell |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 625 | Each Item | .08 | 50.00 |
| IMAGE12 | Color Blowbacks | 25 | Each Item | .70 | 17.50 |
| SUPPMISC | Folders | 5 | Each Item | .65 | 3.25 |

OK TO PAY
*[signature]*

| | | | |
|---|---|---|---|
| Fed. Tax ID#:  43-1685216 | Amount Subject to Sales Tax 70.75 | Amount Exempt from Sales Tax 0.00 | Subtotal: 70.75 |
| | | | Invoice Discount: 0.00 |
| | | | Total Sales Tax: 6.28 |
| | | | **Total:** 77.03 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____          Date: _____

V #234344   1/8/13





Xact Data Discovery - NYNY
212-643-6699

# INVOICE

Invoice Number: 11-57018

Invoice Date: 12/17/2012

REMIT PAYMENT TO: Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

Customer ID    11AMSTER

Page:  1

Bill
To: AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY  10016

Ship
To:  AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY  10016

| | | |
|---|---|---|
| Ship Via | Delivery | |
| Ship Agent | XACT | |
| Ship Date | 12/17/2012 | |
| Due Date | 1/16/2013 | |
| Terms | Net 30 Days | |

| | |
|---|---|
| Contact | Andy Wilber |
| P.O. Number | 1212-0043 |
| Case No. | 34315.805 |
| Job No. | 1212-0043 |
| SalesPerson | Kenny Crowell |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 2,345 | Each Item | .08 | 187.60 |

OK TO PAY

_Andy M. Wilber_

Fed. Tax ID#:  43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 187.60 | 0.00 | | |

| | |
|---|---|
| Subtotal: | 187.60 |
| Invoice Discount: | 0.00 |
| Total Sales Tax: | 16.65 |
| Total: | 204.25 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____       Date: _____



*√ #235321*      *3/6/13*

Xact Data Discovery - NYNY
212-643-6699

# INVOICE

Invoice Number: 11-57031

Invoice Date: 12/20/2012

Customer ID      11AMSTER

Page: 1

REMIT PAYMENT TO:  Xcellence, Inc.
Worksource #163
PO Box 414378
Kansas City, MO 64141

Bill
To:  AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

Ship
To:  AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

*OK TO PAY*

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | XACT |
| Ship Date | 12/20/2012 |
| Due Date | 1/19/2013 |
| Terms | Net 30 Days |

| | |
|---|---|
| Contact | Andy Wilber |
| P.O. Number | 1212-0107 |
| Case No. | 34315.805 |
| Job No. | 1212-0107 |
| SalesPerson | Kenny Crowell |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 3,621 | Each Item | .08 | 289.68 |
| IMAGE12 | Color Blowbacks | 512 | Each Item | .70 | 358.40 |
| SUPP2 | Supplies Binder 3-ring 2" | 1 | Each Item | 10.00 | 10.00 |
| SUPP4 | Supplies Binder 3-ring 4" | 3 | Each Item | 35.00 | 105.00 |

CLIENT/MATTER# _____

Attorney Authorization _____

Disb. Code _____

Fed. Tax ID#: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 763.08 | 0.00 | Subtotal: | 763.08 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 67.72 |
| | | Total: | 830.80 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____      Date: _____