# Exhibit F

*Matt Kasap*
REGISTERED PATENT AGENT, PRESIDENT

*Matt Kasap, Inc.*
2758 Duke Street
Alexandria, VA 22314
703-823-1602(ph)
703-823-1604(fax)
E-Mail: mkasap@mattkasap.com

12/12/11

November 30, 2011

**Sheila Mitchell**

AMSTER ROTHSTEIN & EBENSTEIN

90 Park Avenue

New York, NY 10016

    **RE:**   **FLS, Inc Translation of JP3-205053**
           **Ref. 34315/805**

                        **INVOICE**
                           F668

| | |
|---|---|
| RE: Time Disbursements | $ 75.00 |
| PTO Fee | 25.00 |
| **TOTAL** | $ 100.00 |

CLIENT/MATTER# 34315/805
Attorney Authorization L.M MANDARO
Disb. Code _____

# MERRILL BRINK INTERNATIONAL CORPORATION

✓ # 229907 

Location: TRL-NEW YORK 225 VARICK

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016
Attn: Sheila J. Mitchell

Any Inquiries Call: (212) 620-5600

Invoice #: 1315494
Invoice Date: 24-APR-12
Merrill Order #: 024-US45292
Client Matter #:
Date Received: 4/30/12
Salesperson: B. Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 29146 | TRANSLATION SERVICES<br>Swedish into English<br>Swedish Reports<br>FQ-SCA (34315-805)<br>Words Translated   OK TO PAY [signature] | $.23 | $6,703.58 |
| | Subtotal: | | $6,703.58 |
| | Messenger and Freight: | | $.00 |
| | Postage: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $6,703.58 |

Please send wire transfer payment to:

Bank of America NA
New York, NY

ABA Routing # 026 009 593
SWIFT CODE BOFAUS3N

For Credit to Merrill Brink Acct # 8666226369

Please reference Merrill Brink invoice number on your payment.

Remit: Merrill Brink International Corporation
Bank of America Lockbox Services
15005 Collections Center Drive
Chicago, IL 60693

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

# MERRILL BRINK INTERNATIONAL CORPORATION

 

Location: TRL-NEW YORK 225 VARICK

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016
Attn: Richard S. Mandaro

SEP - 4 2012

Any Inquiries Call: (212) 620-5600

Invoice #: 1389249
Invoice Date: 27-AUG-12
Merrill Order #: 024-US51602
Client Matter #:
Date Received:
Salesperson: B. Wolf

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **TRANSLATION SERVICES** Swedish into English Swedish Court Documents_5 Files | | |
| 14840 | Words Translated | $.23 | $3,413.20 |
| 2 | hours of DTP Services | $75.00 | $150.00 |
| 1 | 50% Rush Fee | | $1,781.60 |

CLIENT/MATTER # 34315/805
Attorney Authorization  R Mandaro
Disb. Code

REC'D IN ACCTG
DATE 9/4/12

Remit: Merrill Brink International Corporation
Bank of America Lockbox Services
15005 Collections Center Drive
Chicago, IL 60693

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

# MERRILL BRINK
# INTERNATIONAL CORPORATION



Location:     TRL-NEW YORK 225 VARICK

Amster, Rothstein & Ebenstein
90 Park Avenue
New York, NY  10016
Attn:   Richard S. Mandaro

Any Inquiries Call:  (212) 620-5600

Invoice #:       1389249
Invoice Date:   27-AUG-12
Merrill Order #:  024-US51602
Client Matter #:
Date Received:
Salesperson:    B. Wolf

Terms:  Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $5,344.80 |
| | Messenger and Freight: | | $.00 |
| | Postage: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice USD: | | $5,344.80 |
| | Please send wire transfer payment to:<br><br>Bank of America NA<br>New York, NY<br><br>ABA Routing # 026 009 593<br>SWIFT CODE  BOFAUS3N<br><br>For Credit to Merrill Brink Acct # 8666226369<br><br>Please reference Merrill Brink invoice number on your payment. | | |

Remit: Merrill Brink International Corporation
Bank of America Lockbox Services
15005 Collections Center Drive
Chicago, IL 60693

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

# MERRILL CORPORATION

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

AUG 27 2012

Richard S Mandaro
Amster Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016

# INVOICE

V #23244 8/30/12

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18217877 | 08/21/2012 | 1807-170252 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/08/2012 | EIBERT | 110-cv-122-M |

CASE CAPTION

SCA Hygiene Products vs. First Quality

TERMS

Immediate, sold FOB Merrill facility

FOR:
Swedish Interpreter
Interpreter Services

TOTAL DUE >>>>    1,400.00

                  1,400.00

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

CLIENT/MATTER # 34315 / 205
Attorney Authorization R. MANDARO
Disb. Code