# EXHIBIT H

# Fees for Exemplification and the Cost of Making Copies

| Vendor | Invoice # | Service | Amount |
|---|---|---|---|
| Merrill Communications LLC | 1217070 | Document Processing, Conversion, OCR | $14,663.68 |
| Merrill Communications LLC | 1227765-2 | Document Processing, Conversion | $28,235.57 |
| Merrill Communications LLC | 1252624 | Document Processing, Conversion, OCR | $646.69 |
| Merrill Communications LLC | 1261751 | Data Transfer, Endorsement, Mastering | $3,278.94 |
| Merrill Communications LLC | 1263792 | Document Scanning, OCR, Indexing, Mastering | $771.54 |
| Merrill Communications LLC | 1285562 | Document OCR, Endorsement, Conversion | $5,532.11 |
| Merrill Communications LLC | 1309715 | Document Conversion, OCR, Endorsement | $922.87 |
| Merrill Communications LLC | 1336830 | Document Conversion, OCR, Endorsement | $1,518.03 |
| Merrill Communications LLC | 1351787 | Data Transfer, Endorsement, Mastering | $321.12 |
| Merrill Communications LLC | 1367273 | Document Processing, Conversion, Endorsement | $729.57 |
| Merrill Communications LLC | 1369151 | Document Processing, Conversion, Endorsement | $39.44 |
| Merrill Communications LLC | 1372775 | Document Scanning, OCR, Mastering | $206.97 |
| Merrill Communications LLC | 1387380 | Document Scanning, OCR, Mastering | $89.02 |
| Sage Document Services Group LLC | 5673 | TIFF Conversion, Bates Label, OCR | $130.21 |
| Sage Document Services Group LLC | 6124 | TIFF Conversion, Bates Label, OCR | $1,183.42 |
| Sage Document Services Group LLC | 6206 | TIFF Conversion, Bates Label, OCR | $158.96 |

**TOTAL Fees for Exemplification and Making Copies** — **$97,783.11**